UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE FREEMAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| KRIK DOUGLAS FREEMAN, | ) | 5:24-CV-351-BO-KS |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court on the memorandum and recommendation ("M&R") of Magistrate Judge Kimberly A. Swank [DE 6]. For the reasons below, the M&R is rejected, and the plaintiff's claim is dismissed.

**IT IS ORDERED, ADJUDGED AND DECREED** that the memorandum and recommendation of the magistrate judge is REJECTED. The Court has reviewed the case *de novo,* and concludes that good reason exists to abstain from exercising subject matter jurisdiction over this family law dispute. Accordingly, the case is DISMISSED in full.

This case is closed.

**This judgment filed and entered on December 17, 2024, and served on:**
Jacqueline Freeman (via US CM/ECF NEF)

                                                    PETER A. MOORE, JR., CLERK
December 17, 2024

                                                    /s/ Lindsay Stouch
                                                    By: Deputy Clerk